# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-3201
_____

THOMAS HOME CORPORATION, a
Florida Corporation,

   Petitioner,

   v.

EMERALD COAST UTILITIES
AUTHORITY,

   Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.


January 10, 2025


PER CURIAM.

   DISMISSED.

ROWE, BILBREY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Todd M. LaDouceur of Galloway, Johnson, Tompkins, Burr & Smith, Pensacola, for Petitioner.

No appearance, for Respondent.